# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:14-cv-804 |
| | : | |
| vs. | : | Judge Algenon L. Marbley |
| | : | |
| JOHN DOE subscriber assigned IP | : | Magistrate Judge Mark R. Abel |
| address 74.135.102.93, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT JOHN DOE'S REPLY IN SUPPORT OF HIS UNOPOSED MOTION TO PROCEED ANONYMOUSLY

On September 12, 2014 Defendant John Doe ("Mr. Doe") moved the Court for an order allowing him to proceed anonymously and to preclude Plaintiff Malibu Media, LLC from naming him in this lawsuit until the Court has ruled on all dispositive motions.  [See Doc. No. 6.]

Plaintiff Malibu Media, LLC "does *not* object" to Mr. Doe's request.  [Doc. No. 7, at p.1.]  For that reason and those in his original motion, Mr. Doe's Unopposed Motion to Proceed Anonymously should be granted.

Respectfully submitted,

/s/ Samir B. Dahman
Samir B. Dahman  (0082647)
DAHMAN LAW, LLC
Two Miranova Place, Suite 500
Columbus, OH 43215
Tel:  614.636.1250
Fax: 614.633.3366
Email:  sdahman@dahmanlaw.com
*Trial Attorney for Defendant John Doe*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing *Defendant John Doe's Reply in Support of His Unopposed Motion to Proceed Anonymously* was electronically filed and will be served upon the following through the Court's CM/ECF filing system on October 7, 2014:

> Yousef M. Faroniya
> 84 S. 4th St.
> Columbus, Ohio 43215
> yousef@ymfincorporated.com
>
> *Attorney for Plaintiff Malibu Media, LLC*

> /s/ Samir B. Dahman
> Samir B. Dahman