IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00804 |
| v. | : | Judge Sargus |
| John Doe, subscriber assigned IP address 74.135.102.93, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

## ORDER

Defendant John Doe's unopposed September 12, 2014 motion to proceed anonymously (doc. 6) is GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel<br>
United States Magistrate Judge